IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA    )        CR No. 0:04-657-JFA
)
v.                  )           ORDER
)
ANTHONY CHALK           )
_____ )

The defendant has filed a motion to reconsider this court's denial of two motions in

the defendant's criminal case. For the reasons stated in the March 2, 2012 order, the court

will not disturb its ruling. Accordingly, the defendant's motion to reconsider (ECF No. 503)

is denied.

IT IS SO ORDERED.

March 29, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1